*Mr. Thomas Z. Lee* and *Mr. Francis I. McCanna* for defendant in error.

---

No. 292. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* JAMES DURIE. In error to the District Court of the United States for the Eastern District of Pennsylvania. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Francis S. Laws* for defendant in error.

---

No. 293. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* JAMES STOTT. In error to the District Court of the United States for the Eastern District of Pennsylvania. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. J. Parker Kirlin* and *Mr. John M. Woolsey* for defendant in error.

---

No. 353. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* HUGH E. MONSON. In error to the District Court of the United States for the District of Colorado. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Edwin H. Park* for defendant in error.

---

No. 354. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* LUIGI CAFARELLI. In error to the District Court of the United States for the District of Colorado. October 11,